Your Name: Dishon Carlos Levexier

Address: 1320 Oak Crest Way

Antioch, CA 94531

Phone Number: 415-525-2070

Email Address: Dilevex@gmail.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ■ Oakland ☐ San Jose ☐ Eureka-McKinleyville

Dishon Carlos Levexier

          Plaintiff,

   v.

v.County of San Mateo, et al.

          Defendant.

Case Number: 4:26-cv-02743-AMO

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

JUDGE: Hon. Araceli Martínez-Olguín

1.  The Case Management Conference is currently scheduled for [date] July 2, 2026 at 10:00 a.m.

2.  I respectfully request that the Court move the Case Management Conference to the following date, or another date at the Court's convenience [date, same day of the week as the currently scheduled conference] October 1, 2026 at 10:00 a.m., Thursday

3.  This change is necessary because [check box for reason that applies]:

■ Defendant has not yet responded to the Complaint. [Explain when Defendant was or will be served with the Complaint. If Defendant was not served within 90 days of the Complaint being filed, explain why.] No Defendant has responded because no Defendant has been served in this federal action. Plaintiff's IFP application remains pending; no summons has issued; and no defense counsel has appeared. See attached declaration.

■ Other [explain; inconvenience or a minor scheduling conflict is not a good reason to request a change] Plaintiff requests that the CMC and CMC statement deadline be continued until after IFP/screening, service, and Defendants' appearance. See attached declaration.

4.  The opposing side [check box that applies and explain]:

☐ has agreed to this change.

■ has not agreed for the following reason:

■ The opposing side has not yet responded to the Complaint.

☐ I tried to obtain the opposing party's agreement to this change but was unsuccessful. [list who you tried to reach, when, and the person's response]: No opposing party has agreed or disagreed because no Defendant has been served and no defense counsel has appeared. Plaintiff is not aware of any attorney of record

for Defendants. See attached declaration.

5.  I have [check box that applies and explain]:

☑ not already asked the Court to change the date of the Case Management Conference.

☐ already asked the Court to change the date of the Case Management Conference.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: June 22 2026

Signature: _____

Printed Name: Dishon Carlos Levexier

Pro Se

[Do not write below this line]

Good cause appearing, the motion is GRANTED. The Case Management Conference is VACATED, to be reset following Defendants' appearances and answers.

IT IS SO ORDERED.

Date: _____6/25/2026_____

Signature: _____

Judge's Name: _____Araceli Martínez-Olguín_____
United States District Judge

MOTION TO RESCHEDULE CMC
CASE NO. 4:26-cv-02743                    PAGE ___ OF ___            JDC TEMPLATE, UPDATED 11/2024